UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19CR2122-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
| RAMON ROBLES-AYALA, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INDICTMENT in the above-entitled case be dismissed without prejudice as to Defendant Ramon Robles-Ayala.

IT IS SO ORDERED.

Dated: June 13, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge